■ In the Matter of GORMAN ESTATES, INC., Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent.— Order entered on November 15, 1960, dismissing the petition under article 78 of the Civil Practice Act to review a determination of the Rent Administrator, reversed on the law, the determination annulled, and the proceeding remanded to the Rent Administrator for a redetermination of the application for a rent increase, with $20 costs and disbursements to appellant. (See *Matter of Victory Holding Corp.* v. *Herman*, 13 A D 2d 918.) Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.